# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MUSGRAVE, KENTON R. | U.S. COURT OF INT'L TRADE | 05/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR JUDGE | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

ONE FEDERAL PLAZA
NEW YORK, NEW YORK 10278-0001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE EMERITUS | THE DIAN FOSSEY GORILLA FUND |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, KENTON R. | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, KENTON R. | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, KENTON R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA - ADV TIERED INT CHKG | A | Interest | J | T | | | | | |
| 2. BANK OF AMERICA - INTEREST CHKG ADV | A | Interest | J | T | | | | | |
| 3. AEGON NV | B | Dividend | K | T | | | | | |
| 4. AEGON NV PFD | A | Dividend | J | T | | | | | |
| 5. MORGAN STANLEY CAP VIII | A | Dividend | J | T | | | | | |
| 6. AMERICAN MIDSTREAM PTNRS, LP | B | Dividend | K | T | | | | | |
| 7. AMERICAN WTR WORKS CO | A | Dividend | K | T | | | | | |
| 8. AT&T, INC. | B | Dividend | K | T | | | | | |
| 9. BARRICK GOLD | A | Dividend | J | T | | | | | |
| 10. COCA COLA | A | Dividend | J | T | | | | | |
| 11. CST BRANDS, INC. | A | Dividend | J | T | Buy | 04/11/13 | J | | |
| 12. CST BRANDS, INC. | A | Dividend | J | T | Sold (part) | 05/13/13 | J | A | |
| 13. DUKE ENERGY CORP | D | Dividend | M | T | | | | | |
| 14. ENI SPA | A | Dividend | J | T | | | | | |
| 15. FORD MOTOR COMPANY | A | Dividend | K | T | Buy | 02/11/13 | J | | |
| 16. GENERAL ELECTRIC CO | A | Dividend | | | Redeemed | 01/02/13 | K | A | |
| 17. HOLLYFRONTIER CORP | A | Dividend | K | T | Buy (add'l) | 02/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, KENTON R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. KINGER MORGAN ENERGY PARTNERS | D | Dividend | M | T | | | | | |
| 19. MARATHON OIL CORP | A | Dividend | K | T | Buy (add'l) | 02/11/13 | J | | |
| 20. MARATHON PETROLEUM CORP | A | Dividend | J | T | | | | | |
| 21. NISOURCE INC | A | Dividend | J | T | | | | | |
| 22. PG&E CORP | A | Dividend | J | T | | | | | |
| 23. SCHLUMBERGER LTD | A | Dividend | K | T | | | | | |
| 24. SEADRILL LTD | B | Dividend | K | T | Buy (add'l) | 02/04/13 | J | | |
| 25. SOUTHERN COMPANY | B | Dividend | K | T | | | | | |
| 26. VERIZON COMM COM | A | Dividend | J | T | | | | | |
| 27. WESTERN ENERGY INC | A | Dividend | J | T | | | | | |
| 28. YAMANA GOLD, INC | A | Dividend | J | T | | | | | |
| 29. FRANKLIN CUST FUND | B | Dividend | K | T | | | | | |
| 30. VALERO ENERGY CORP | A | Dividend | | | Sold | 10/29/13 | J | A | |
| 31. MERRILL LYNCH IRA CASH | A | Interest | J | T | | | | | |
| 32. AMERICAN MIDSTREAM PARTNERS | A | Dividend | J | T | | | | | |
| 33. AMN ELECTRIC POWER | A | Dividend | J | T | | | | | |
| 34. AT&T, INC. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, KENTON R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AUS NW ZBR ADR | A | Dividend | J | T | | | | | |
| 36. CENTURYLINK, INC. | B | Dividend | K | T | | | | | |
| 37. CHIMERA INVEST CORP | A | Dividend | J | T | | | | | |
| 38. CST BRANDS, INC. | A | Dividend | J | T | Buy (add'l) | 04/11/13 | J | | |
| 39. DEVON ENERGY CORP NEW | A | Dividend | J | T | Buy | 04/23/13 | J | | |
| 40. DUKE ENERGY CORP | A | Dividend | J | T | | | | | |
| 41. EXXON MOBILE CORP | B | Dividend | K | T | Sold (part) | 07/15/13 | K | D | |
| 42. HALLIBURTON COMPANY | A | Dividend | J | T | | | | | |
| 43. HOLLYFRONTIER CORP | A | Dividend | K | T | Buy (add'l) | 10/10/13 | J | | |
| 44. MARATHON OIL CORP | A | Dividend | J | T | | | | | |
| 45. RAYTHEON COMPANY NEW | A | Dividend | K | T | | | | | |
| 46. SEADRILL LTD | A | Dividend | J | T | | | | | |
| 47. SOUTHERN COMPANY | B | Dividend | K | T | | | | | |
| 48. TELECOM C NW ZLND SPN ADR | A | Dividend | | | Sold | 04/17/13 | J | A | |
| 49. VALERO ENERGY CORP NEW | A | Dividend | K | T | Buy | 04/11/13 | J | | |
| 50. WESTAR ENERGY INC | A | Dividend | J | T | | | | | |
| 51. XCEL ENERGY, INC. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, KENTON R. | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I, POSITIONS - NO REPORTABLE ASSETS FROM THE DIAN FOSSEY GORILLA FUND

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, KENTON R. | 05/01/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KENTON R. MUSGRAVE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544